UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

PRELIMINARY HEARING
Before the Honorable Robert H. Jacobvitz

_x_ Chris Wilson, Courtroom Deputy
_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
TIME COMMENCED: 10:24 am

10/16/2017

CASE NAME/NUMBER:
Americom Automation Services, Inc., Case No. 17-10639-j11

PH: Dtr's Motion to Sell Property (Doc. 25)
PH: UST's Motion to Dismiss/Convert (Doc. 28)

Dtr: Trey Arvizu, phone
Communications Products, Inc. by Cliff Arellano, CEO: Pro se, obj#27
IRS: Manny Lucero, obj#30
UST: Leonard Martinez-Metzgar, obj#32, phone
NMT&R: Jim Jacobsen, obj#34, phone
VFC Partners 30 LLC: Dylan O'Reilly, obj#36 (Phone
NM Workforce Solutions: Richard Branch

**SUMMARY: Court sets final hearings on both motions on 11/7/17 at 9:00 am. If any other party in interest files a motion by 10/20/17, it will also be heard on 11/7/17 at 9:00 am. The court will require that the dtr file a disclosure by 10/30/17 which lists all of the dtr's GSA contracts and other contracts which the dtr is paid money. Mr. Arvizu to email contracts to parties that have objected to Motion to Sell and disclose whether the debtor is performing under the contracts, summarizing the amount billed and collected this calendar year. Also, if there are any terms, conditions, or agreements with any proposed buyer that have not been disclosed, then file a full disclosure by 10/30/17. Court fixes a deadline of 11/3/17 at 2:00 pm for parties to file witness lists, exhibit lists and exchange exhibits. Court to prepare scheduling order.**